IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 09-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DALE VERNAL CAMPBELL, | |
| Defendant. | |

On January 12, 2016, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations (doc. 50) with respect to the June 2, 2015, petition for revocation of Defendant Campbell's supervised release. (Doc. 37). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2).

Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Campbell's admissions to the alleged violations, Judge Ostby recommends his supervised release be revoked. Judge Ostby further recommends that this Court sentence Campbell to twelve months and one day incarceration at FCI Englewood with no supervised release to follow. Judge Ostby's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Campbell's supervised release is revoked. Judgment will be entered by separate document.

DATED this 27th day of January 2016.

SUSAN P. WATTERS
United States District Judge